DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AARON MATTHEW WATTS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-716

_____

September 8, 2021

Appeal from the Circuit Court for Sarasota County; Charles E.
Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and Mark C. Katzef, Special
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim,
Assistant Attorney General, Tampa; and Helene S. Parnes, Special
Assistant Attorney General, Tampa (substituted as counsel of
record), for Appellee.


PER CURIAM.

    Affirmed.

SLEET, ATKINSON, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.